## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **ROBERT GOGUEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   No.   1:12-cv-00070-GZS |
| | ) |
| **JAMES FOSS,** | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 16) filed August 7, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion for Partial Dismissal (ECF No. 11) is **GRANTED**.  Plaintiff Goguen's claim is, therefore, limited to his own claim for compensatory and punitive damages.

                                                           /s/ George Z. Singal
                                                          United States District Judge

Dated this 10th day of September, 2012.