UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **ROBERT GOGUEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   1:12-cv-00070-GZS |
| | ) | |
| **JAMES FOSS,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 16) filed August 7, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion for Partial Dismissal (ECF No. 11) is **GRANTED**. Plaintiff Goguen's claim is, therefore, limited to his own claim for compensatory and punitive damages.

	 _/s/ George Z. Singal___
	United States District Judge

Dated this 10th day of September, 2012.